1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000





IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:09 CR 00076 AWI |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
|  | ) SUPERSEDING INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
|  | ) FEDERAL RULES OF |
| JUANITA MUNOZ, et al., | ) CRIMINAL PROCEDURE |
|  | ) |
| Defendants. | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 19, 2009, charging the above defendants with a violation of Title 18, United States Code, Section 286, - Conspiracy to Defraud the United States With Respect to Claims and other charges, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the

1  Indictment or any warrants issued pursuant thereto, except when
2  necessary for the issuance and execution of the warrants.
3  DATED: February 19, 2009                Respectfully submitted,

4                                          LAWRENCE G. BROWN
                                           Acting United States Attorney
5
                                           By
6                                             MARK E. CULLERS
                                              Assistant U.S. Attorney
7

8  IT IS SO ORDERED this  19   day of February 2009.

9
                                           _____
10                                         U.S. Magistrate Judge