1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED
FEB 2 0 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cr-076 AWI |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| JUANITA MUNOZ, and MONIQUE ANAYA | |
| Defendants. | |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Mark E. Culelrs, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: February 20, 2009

_____
MARK E. CULLERS
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: February 20, 2009

_____
SANDRA M. SNYDER
United States Magistrate Judge

1