# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

NOV 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By ___ J. HELLINGS ___
        DEPUTY CLERK

United States of America )
vs. ) Case No. 1:09CR0076 AWI
Monique Christina Anaya )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Monique Christina Anaya__, have discussed with __Montgomery L. Olson__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to report on a regular basis to Pretrial Services and to comply with their rules and regulations, is removed.. The defendant is reminded to immediately advise the court, defense counsel, and the United States Attorney in writing of any change in her address and/or telephone number.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   11-12-10       _____   11-12-10
Signature of Defendant    Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   11/18/10
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   11/12/10
Signature of Defense Counsel             Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  11/18/10
[ ] The above modification of conditions of release is *not* ordered.

_____                   11/18/10
Signature of Judicial Officer            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services