**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JUANITA MUNOZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MUNOZ, et al.,<br><br>Defendants. | Case No.:   CR-09-00076 AWI<br>             CR-09-00077 LJO<br><br>**STIPULATION RE:**<br>**CONTINUANCE OF STATUS**<br>**CONFERENCE**<br><br>DATE: February 7, 2011<br>TIME: 9:00 a.m.<br>DEPT: 2 |

TO:  THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** by and between the parties herein that the Status Conference currently scheduled for February 7, 2011, at 9:00 a.m. be continued to **April 25, 2011, at 9:00 a.m.,** before the Honorable Anthony W. Ishii.

This request is based upon the fact that counsel has not received the status report of Ms. Munoz's competency from her doctor at the Bureau of Prisons. Specifically, Ms. Munoz's doctor has advised that the evaluation is technically over on March 16, 2011, and a report reflecting the findings will be submitted within two weeks of that date.

Counsel's staff has been in touch with Mr. Mark Cullers of the United State's Attorney's Office, and Jon Renge, attorney for Monique Anaya, who have no objection to such a continuance.

///

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

Dated: February 2, 2011

Respectfully Submitted,

NUTTALL & COLEMAN

By: /s/ MARK W. COLEMAN
MARK W. COLEMAN
Attorney for Defendant,
JUANITA MUNOZ

Dated: February 2, 2011

By: / s/ MARK CULLERS
MARK CULLERS
Assistant U.S. Attorney

Dated: February 2, 2011

By: /s/ JON RENGE
JON RENGE
Attorney for Defendant,
MONIQUE ANAYA

**************

## **ORDER**

Good cause appearing,

**IT IS ORDERED** that the Status Conference currently scheduled on February 7, 2011, at 9:00 a.m. is continued to **April 25, 2011, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:     February 3, 2011

CHIEF UNITED STATES DISTRICT JUDGE