JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California  93721
Telephone: (559) 444-0300

Attorney for Defendant
MONIQUE ANAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:09-CR-76 AWI |
| *Plaintiff,* | DECLARATION OF JON K. RENGE IN SUPPORT OF REQUEST FOR ORDER EXCUSING PERSONAL PRESENCE OF DEFENDANT |
| v. | |
| MONIQUE ANAYA, | |
| *Defendant.* | |

JON K. RENGE, declares:

1. I am the attorney of record for defendant Monique Anaya in the instant action.  I have personal knowledge regarding all facts set forth in this declaration except as to facts alleged on the basis of information and belief.  As to any fact so alleged, I believe it to be true.  If called as a witness, I could competently testify to each fact of which I have personal knowledge.

2. The next scheduled court appearance in this matter is July 9, 2012.  Ms. Anaya requested that she be excused from appearing on this date.  The reason for this request is Ms. Anaya's need to work so she could provide living necessities for her family.

3. After receiving Ms. Anaya's request, I communicated with Assistant United States Attorney Mark Cullers via email.  Mr. Cullers authorized me to advise the Court that the Government had no objection to this Court excusing Ms. Anaya's appearance on July 9, 2012.

4. At all times since she became my client, Ms. Anaya has been extremely cooperative with me, has visited with me at my office on multiple occasions and has maintained regular telephone

contact with me.

5. In light of the foregoing, I am respectfully requesting that the court excuse Ms. Anaya from appearing on July 9, 2012.

I declare the foregoing to as true and correct, subject to the penalty of perjury under the laws of the United States of America.

Executed on July 5, 2012 at Fresno, California.

Respectfully Submitted,


/s/ Jon K. Renge
JON K. RENGE
Attorney for Defendant
MONIQUE ANAYA


**O R D E R**

IT IS SO ORDERED.


Dated:   July 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE

-2-