1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   MICHELE L. THIELHORN
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, CA  93721
5  Telephone: (559) 497-4000

**FILED**

JUL 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:09-cr-00076 AWI |
| Plaintiff, | ) GOVERNMENT'S MOTION AND |
| | ) ORDER TO DISMISS INDICTMENT |
| v. | ) |
| MONIQUE ANAYA, | ) |
| Defendant. | ) |

The United States hereby moves to dismiss the Indictment in this case as against defendant Monique Anaya in the interests of justice.

DATED: July 9, 2012

                                    Respectfully submitted,

                                    BENJAMIN W. WAGNER
                                    United States Attorney

                                    By: _____/s/_____
                                        MARK E. CULLERS
                                        MICHELE L. THIELHORN
                                        Assistant U.S. Attorneys

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:09-cr-00076 AWI |
| Plaintiff, ) | ORDER TO DISMISS INDICTMENT |
| v. ) | |
| MONIQUE ANAYA, ) | |
| Defendant. ) | |

In the interests of justice, and upon motion of the United States, the above-named Indictment as against defendant Monique Anaya is hereby DISMISSED, with prejudice, in the interests of justice.

SO ORDERED.

DATED: July 9, 2012

Hon. Anthony W. Ishii
U.S. District Judge

2